**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**C&M INVESTMENT GROUP, LTD.**
**and KARLIN HOLDINGS LIMITED**
**PARTNERSHIP,**

    Plaintiffs,

v.                                            Case No.  8:10-cv-394-T-30EAJ

**NEIL DAVID CAMPBELL and**
**JULIE CAMPBELL,**

    Defendants.
_____/

## **ORDER**

      THIS CAUSE comes before the Court upon Defendants' Motion to Withdraw their Answer and Affirmative Defenses (Dkt. 84) and the parties' briefs regarding same.  The Court, having considered the motion, response, and the parties' arguments in support of same, concludes that if Defendants were to withdraw their answer and affirmative defenses, Plaintiffs would be entitled to a default, which includes the remedy of a constructive trust.

      Defendants argue that a default admits liability issues, but not damages.  However, the Court concludes that Plaintiffs' well-pleaded allegations include the necessary facts that the money used to purchase the subject property came from Plaintiffs and was the result of Defendants' fraud.  Thus, this is sufficient to impose a constructive trust.  *See United States v. Goodrich*, 871 F.2d 1011, 1014 (11th Cir. 1989) (noting that "the constructive trust device

is ordinarily used to require a person who has acquired property by fraud or other misconduct to convey it to the true owner").

It is therefore ORDERED AND ADJUDGED that:

1. Defendants have seven (7) days from the date of this Order to notify the Court whether they intend to withdraw their motion.

2. Defendants also have seven (7) days from the date of this Order to provide all requested discovery to Plaintiffs, in the event that they choose to withdraw their motion.

3. If Defendants fail to withdraw their motion, or if they fail to provide the outstanding discovery to Plaintiffs during the time period set forth herein, this Court will enter a default judgment in favor of Plaintiffs and against Defendants.

**DONE** and **ORDERED** in Tampa, Florida on April 27, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-394.mtdefault.frm