## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**C&M INVESTMENT GROUP, LTD.**
**and KARLIN HOLDINGS LIMITED**
**PARTNERSHIP,**

    **Plaintiffs,**

v.                                                                        Case No.  8:10-cv-394-T-30EAJ

**NEIL DAVID CAMPBELL and**
**JULIE CAMPBELL,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*. On April 27, 2011, the Court issued an order requiring Defendants to file, within seven (7) days from the date of the Order, a notice indicating their intention to withdraw their pending motion to withdraw their answer and affirmative defenses (Dkt. 103). The Order stated that the Court would enter a default judgment in favor of Plaintiffs if Defendants failed to withdraw their motion during the seven (7) day period of time. *Id.* As of the date of this Order, Defendants have filed nothing on the docket indicating their intention to withdraw their motion to withdraw their answer and affirmative defenses.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendants' Motion for Miscellaneous Relief, Specifically to Withdraw the Answer and Affirmative Defenses (Dkt. 84) is hereby GRANTED.

2. The CLERK is directed to enter a clerk's default against all Defendants in this case.

3. By Wednesday, May 11, 2011, Plaintiffs shall submit a proposed default judgment to the Court, which shall include a finding of constructive trust and requiring a transfer of title to the subject property to Plaintiffs.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-394.mtwithdraw84.frm