## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**C&M INVESTMENT GROUP,**
**LTD., et al.,**

    **Plaintiffs,**

v.                                      Case No.  8:10-cv-394-T-30EAJ

**NEIL DAVID CAMPBELL, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion for Stay of Judgment (Dkt. 108).  The Court, having considered the motion and being otherwise advised in the premises concludes that it should be granted in part and denied in part.

The Court will grant the motion to the extent that Defendants shall have thirty (30) days from the date of this Order to move from the subject property.  The motion is otherwise denied.

It is therefore ORDERED AND ADJUDGED that Defendants' Motion for Stay of Judgment (Dkt. 108) is hereby granted in part and denied in part as set forth herein.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-394.mtstay108.frm