**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**C&M INVESTMENT GROUP, LTD.**
**and KARLIN HOLDINGS LIMITED**
**PARTNERSHIP,**

    **Plaintiffs,**

v.                                         Case No.  8:10-cv-394-T-30EAJ

**NEIL DAVID CAMPBELL and**
**JULIE CAMPBELL,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Award of Costs (Dkt. 111).  Defendants failed to file any opposition to Plaintiffs' Motion.  Upon consideration of the Motion, the Bill of Costs, and supporting invoices, the Court concludes that Plaintiffs are entitled to costs in the amount of $4,674.

It is therefore ORDERED AND ADJUDGED that:

1.   Plaintiffs' Motion for Award of Costs (Dkt. 111) is GRANTED.

2.   The CLERK is directed to enter judgment in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $4,674.00.  This amount shall accrue post-judgment interest at the federal statutory rate.

3.      This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-394.mtcosts111.frm