UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**C&M INVESTMENT GROUP, LTD.**
**and KARLIN HOLDINGS LIMITED**
**PARTNERSHIP,**

    **Plaintiffs,**

v.                                             Case No. 8:10-cv-394-T-30EAJ

**NEIL DAVID CAMPBELL and**
**JULIE CAMPBELL,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Contempt against Defendants Neil and Julie Campbell (Dkt. 117), the Declaration of Rod Anderson in Support of Plaintiffs' Motion for Contempt (Dkt. 118), the Motions to Withdraw as Counsel for Defendants filed by Michael France, P.A. and Robert Turffs (Dkts. 120 & 125), and the parties' respective responses to same.

On November 22, 2011, the Court held a hearing on the motions and heard argument from Plaintiffs' attorneys and from Mr. Turffs, one of Defendants' attorneys. Notably, Defendants Neil David Campbell and Julie Campbell did not appear at the hearing.

For the reasons stated on the record, it is ORDERED AND ADJUDGED that:

1.     Plaintiffs' Motion for Contempt against Defendants Neil and Julie Campbell (Dkt. 117) is hereby GRANTED.

2. Defendants Neil David Campbell and Julie Campbell failed to appear at the contempt hearing and, thus, failed to show cause why they should not be held in civil contempt for failing to abide by the Court's prior Orders that required them to pay the taxes and costs associated with the transfer of the Sarasota Property.

3. Defendants Neil David Campbell and Julie Campbell are hereby sentenced to ninety (90) days of incarceration with right of release solely upon their payment of $27,711.82 ($27,603.62 + $108.20).[1]

4. The Motions to Withdraw as Counsel for Defendants filed by Michael France, P.A. and Robert Turffs (Dkts. 120 & 125) are GRANTED **contingent upon** Mr. France and Mr. Turffs providing Plaintiffs' counsel with the following information within seven (7) days of this Order:

- Defendants' current e-mail addresses
- Defendants' cell-phone numbers
- The name and address of the rehabilitation clinic that Julie Campbell recently attended
- The names and addresses of Julie Campbell's parents

---

[1] The amount of $27,603.62 reflects the amount of transfer costs and property taxes and the amount of $108.20 reflects the cost to record the deed.

5. If Defendants' counsel does not provide the above-referenced information to Plaintiffs' counsel by the period of time set forth herein, Plaintiffs shall file a notice with the Court, informing the Court of same, and the Court will enter an Order revoking Defendants' withdrawal from this case.

**DONE** and **ORDERED** in Tampa, Florida on November 22, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-394.mtcontemptandwithdraw.frm